## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 13-0117-CG-B** |
| | ) | |
| **One parcel of real property and all** | ) | |
| **improvements thereon located at** | ) | |
| **801 East Franklin Avenue, Foley,** | ) | |
| **Alabama,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL JUDGMENT OF FORFEITURE

In accordance with the order entered this date, it is **ORDERED,**

**ADJUDGED and DECREED** that the defendant, 801 East Franklin Avenue,

Foley, Alabama, together with it appurtenances and improvements in Baldwin

County, Alabama, is forfeited to the plaintiff, the United States of America, for

disposition according to law.

   **DONE and ORDERED** this 17th day of May, 2013.

                              /s/  Callie V. S. Granade
                              UNITED STATES DISTRICT JUDGE